IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:15-cv-00541-FL

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION successor to RBC Bank (USA), <br><br> Plaintiff, <br><br> v. <br><br> BRIDGES OF HOPE, INC., CHARLES W. HOPKINS, and AMANDA WILLETT, <br><br> Defendants. | **ENTRY OF DEFAULT AGAINST DEFENDANTS BRIDGES OF HOPE, INC. AND AMANDA WILLETT** |

THIS CAUSE coming on to be heard and being heard before the undersigned, upon Plaintiff's Motion for Entry of Default Against Defendants Bridges of Hope, Inc. and Amanda Willett; and

IT APPEARING TO THE COURT that Defendants Bridges of Hope, Inc. and Amanda Willett are in default for failure to file an answer or other responsive pleading to the Complaint as required by law;

NOW, THEREFORE, default is hereby entered against Defendants Bridges of Hope, Inc. and Amanda Willett pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This the 9th day of December, 2015.

_____
Julie Richards Johnston, Clerk of Court